**Order entered April 7, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00994-CR

### JERRY ALLAN MIKROBERTS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-62918-T**

## ORDER

The Court **GRANTS** appellant's April 6, 2015 motion to extend time to file his brief. We

**ORDER** the appellant's brief on  April 6, 2015 filed as of the date of this order.


/s/     ADA BROWN
         JUSTICE